**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

★ MAY 04 2018 ★

LONG ISLAND OFFICE

*John R. DiGiacomo*

(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

-against-

*Suffolk County DSS
Supreme Court of the State
of New York, Richard I. Horowitz*

(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)

**Complaint for Violation of Civil
Rights**
(Non-Prisoner Complaint)

Case No. **CV18 2664**
(to be filled in by the Clerk's Office)

Jury Trial:    ☒ Yes    ☒ No
(check one)

**AZRACK, J.**

**LINDSAY, M.J.**

**RECEIVED**

MAY 04 2018

**EDNY PRO SE OFFICE**

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting
from public access to electronic court files. Under this rule, papers filed with the court should
*not* contain: an individual's full social security number or full birth date; the full name of a
person known to be a minor; or a complete financial account number. A filing may include
*only*: the last four digits of a social security number; the year of an individual's birth; a
minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an
application to proceed in *forma pauperis*.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | John R. DiGiacomo |
| Street Address | 116 Adams St. E. |
| City and County | East Islip,  Suffolk |
| State and Zip Code | New York,  11730 |
| Telephone Number | (631) 512-8883 |
| E-mail Address | Johndigiacomo116@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Suffolk County DSS |
| Job or Title (if known) | Supervisor |
| Street Address | 3085 Veterans Memorial Hwy. |
| City and County | Ronkonkoma,  Suffolk |
| State and Zip Code | New York  11779 |
| Telephone Number | (631) 854-9930 |
| E-mail Address (if known) | |

2

Defendant No. 2

Name — *Richard I. Horowitz*

Job or Title
(if known) — *Justice, Supreme Court State of NY Suffolk*

Street Address — *400 Carlton Ave.*

City and County — *Central Islip, Suffok*

State and Zip Code — *New York, 11722*

Telephone Number — *(631) 853-4537*

E-mail Address
(if known)

Defendant No. 3

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

Defendant No. 4

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

3

**II.    Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒    State or local officials (a § 1983 claim)

☐    Federal officials (a *Bivens* claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*First, Fifth, Sixth and thirteenth Amendments*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

**III.    Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was
personally involved in the alleged wrongful action, along with the dates and locations of
all relevant events.  You may wish to include further details such as the names of other
persons involved in the events giving rise to your claims.  Do not cite any cases or
statutes.  If more than one claim is asserted, number each claim and write a short and
plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Suffolk County DSS, Supreme Court of the State
of New York

B.    What date and approximate time did the events giving rise to your claim(s) occur?

August 1, 2009   24/7 requirement  Feb 10 2016 DSS,
Supreme Court Sept 8, 2016

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to
you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

I was consigned by DSS to oversee my mother's healthcare
needs. For seven years this meant, medications,
doctors visits, food, bathing etc. under threat of having
her forced into a nursing home. This was without any
compensation. I was never advised that failure
to do so could result in neglect or abuse charges
After she became blind I was ordered for 24/7
Care, under the same. The courts took over Sept. 8, 2016
and I was under further constraints, and on May 22 2017
I was also cut off from funds for weekly support
with the full knowledge of the judge. I was also
denied the rights I was supposed to be allowed
under Section 81.19 of the Mental Hygiene Law.

5

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have blacked out once from the stress damaging my foot, lost several teeth due to bruxism that wasn't existing before. I was afforded no legal assistance, my rights have been ignored, despite having all responsibility for care, my input was ignored, and dismissed, the property I worked my entire life to pay for was sold regardless of any objections, My property was stolen while I was locked out, I was not even allowed to file criminal charges.

## V.  Relief

State briefly what you want the court to do for you.  Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I believe that by bringing this suit that I can expose the inequity in the system, Both the court and DSS have consigned me the responsibility without support. I was told by DSS that I was responsible regardless of what the court provided, I could be charged with abuse or neglect, the fact I was responsible 24/7 made it impossible to do both. I should be compensated by the court for the property, and DSS for the time demanded.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _April_ , 20_18_

Signature of Plaintiff _John R. DiGiacomo_

Printed Name of Plaintiff _John R. DiGiacomo_

7

Under the Thirteenth Amendment, both slavery and indentured servitude were abolished. This does not seem to be the case for relatives of incapacitated persons.

In 2009 I agreed to serve as caregiver for my mother, under threat of having her forced into a nursing home. What I was not told at that time was I gave up all rights, to privacy, to representation in court, and was subject to prosecution for failing to discharge my "duties". I was also never compensated, and was forced into a 24/7 responsibility for care.

After my mother went blind on July 1, 2015, and a fall in February of 2016, my mother was sent to rehab, upon her release, I was informed that I was responsible for her 24/7 care still without compensation or outside help. During that time, my girlfriend, who had moved in several years earlier to help out suffered two severe heart attacks. When I called DSS to request an aide for a single day, I was told that my mother's income was too much, and despite the fact that my sister had cleaned out my mother's accounts, I was still responsible, and subject to prosecution if I left her alone. I had a friend come and stay with her that day.

My sister applied for guardianship, because I had obtained a PoA to open new accounts in order to pay bills. I was not allowed to use my mother's funds for an attorney, was not able to find representation through any of the legal aid agencies, and was denied the right to represent myself by Judge Horowitz. I was also not allowed to exercise my rights under sec. 81.11 of the NYS Mental Hygiene Law. Since then I was denied the right to appeal because none of the legal aid agencies would help, Judge Horowitz rescinded a durable PoA, despite no reason to do so. There had been no legal evaluation of my mother.

In subsequent hearings I have been allowed to speak, with the caveat that nothing I said would make any difference. I was denied the right to question witnesses, produce witnesses, evidence, and was ordered out of court before testimony that accused me of criminal acts was given. The evidence that Judge Horowitz refused to accept, contained statement, bills, and medical reports that refuted the testimony given.

Since that time, I have still been conscripted by DSS, and the court for 24/7 care, when I complained to DSS about not having funds to pay basic weekly necessities, I was directed to call the judge. When I told them I had written seven times, they told me that they had no recourse against him. When I asked about my responsibilities, I was told they remained the same. I've had to borrow money from friends to pay bills and weekly expenses, the court and DSS have kept me under the same constraints, without compensation for two years, with the past ten months finding ways to pay bills and provide 24/7 care.

Slaves were never forced to work 24/7, nor were indentured servants, for over two years I have been surviving on less than what DSS provides Welfare recipients. I am allowed no time off unless I find a replacement, I have become a chattel, with no rights, no compensation, the excuse is my mother requires care, but neither the courts nor DSS will provide any, and the guardian has cut off all funds for food groceries, and medications, and sometimes utilities.so not only am I required under threat of prosecution, but now I am required to go into debt to provide these services. No slave ever had to do that.